cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA E. TEAZE,<br><br>                    Plaintiff,<br>v.<br><br>CITY OF SAN DIEGO, a municipal corporation; SAN DIEGO DEPARTMENT OF POLICE, a sub-agency of the CITY OF SAN DIEGO;William Lansdowne; Chief of Police of the San Diego Department of Police, in his individual and official capacities; Police Officers (Names and Identities of Police Officers to be ascertained, each in his individual and official capacities); and DOES 1 to 10 inclusive,<br><br>                    Defendants. | Civil No. 07cv 80 WQH(AJB)<br><br>ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE |

Due to a conflict in the Court's calendar, the November 16, 2007 Mandatory Settlement Conference is hereby continued to ***December 12, 2007 at 1:30 p.m.***  Plaintiff's brief is now due to be submitted and served on or before *November 28, 2007*.  Defendants' brief is now due to be submitted and served on or before *December 5, 2007*.

IT IS SO ORDERED.

DATED:  November 5, 2007

                                                                                    _____
                                                                                    Hon. Anthony J. Battaglia
                                                                                    U.S. Magistrate Judge
                                                                                    United States District Court