cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA E. TEAZE,<br><br>                Plaintiff,<br>v.<br><br>CITY OF SAN DIEGO, a municipal corporation; SAN DIEGO DEPARTMENT OF POLICE, a sub-agency of the CITY OF SAN DIEGO;William Lansdowne; Chief of Police of the San Diego Department of Police, in his individual and official capacities; Police Officers (Names and Identities of Police Officers to be ascertained, each in his individual and official capacities); and DOES 1 to 10 inclusive,<br><br>                Defendants. | Civil No. 07cv 80 WQH(AJB)<br><br>ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE |

      On December 12, 2007, the Court convened a Mandatory Settlement Conference in the above entitled action.  Appearing were Patricia Teaze, pro se and Robert Blasi, a friend, on behalf of plaintiff; John Riley, Esq. and Michael Gomez on behalf of defendant.

      The factual discovery deadline has passed.Plaintiff chose to do no factual discovery and is principally interested in the presentation of her case through experts.  The expert designation period has also passed and plaintiff seeks leave to reopen expert designations to cover the wide variety of medical issues asserted in this case.

1   The case is ideally suited at this juncture for a Motion for Summary Judgment and the City of
2 San Diego is prepared to file such a motion by the end of January 2008. After conferring with Judge
3 Hayes, and in the interest of justice and economy, the Court vacates the prior Scheduling Order and will
4 re-issue a Scheduling Order that will place expert discovery after the ruling of the defendants motion.
5   The defense is ordered to file the Summary Judgment Motion no later than *January 31, 2008* and
6 the parties will thereafter follow the amended schedule that will be issued by separate document.
7   IT IS SO ORDERED.

9 DATED:  December 13, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court